# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VENSON LANE MYERS, | ) | NO. CV 11-8239-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN CASH, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: OCT. 7, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE